FILED
2011 JUL 29 PM 2: 51
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RENÉ AVILA | CASE NUMBER |
|---|---|
| PLAINTIFF/PETITIONER, | CV 11 - 06290 |
| v. | |
| NORTHSTAR LOCATION SERVICES, LLC | REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |
| DEFENDANT(S). | |

I, René Avila_____, declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you presently employed? ☑Yes ☐No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. $1,600

    Asante Family Agency 1255 E. Highland Avenue San Bernardino, CA 92404

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    a. Business, profession or form of self-employment?   ☑Yes ☐No
    b. Rent payments, interest or dividends?              ☐Yes ☑No
    c. Pensions, annuities or life insurance payments?    ☐Yes ☑No
    d. Gifts or inheritances?                             ☐Yes ☑No
    e. Any other income (other than listed above)?        ☐Yes ☑No
    f. Loans?                                             ☑Yes ☐No

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: loan from parents $3,000. Notarizing around about less then $600.

---

CV-60 (04/06)   **REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT**   Page 1 of 2

3. Do you own any cash, or do you have money in a checking or savings account? (Include any funds in prison accounts, if applicable.) ☑Yes   ☐No

   If the answer is yes, identify each account and separately state the amount of money held in **each** account for each of the *six (6) months prior* to the date of this declaration.
   one account holds $0.52, the other account holds $56.68. Less then $2,000 held in acocunts any given time!

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑Yes   ☐No

   If the answer is yes, describe the property and state its approximate value: house in CA worth $150,000, owed $220,000. Automobiles worth around no more then $5,000.

5. In what year did you last file an Income Tax return? 2010

   Approximately how much income did your last tax return reflect? adjusted gross income $19.151

6. List the persons who are dependent upon your for support, state your relationship to those persons, and indicate how much you contribute toward their support:
   Nancy Avila (wife), Sophia Avila (daughter); I provide 100% support.

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury. I further understand that perjury is punishable by a term of imprisonment of up to five (5) years and/or a fine of $250,000 (18 U.S.C. Sections 1621, 3571).

| CA | Riverside County, Moreno Valley |
|---|---|
| State | County (or City) |

I, René Avila                              , declare under penalty of perjury that the foregoing is true and correct.

| 7/29/2011 | [signature] |
|---|---|
| Date | Plaintiff/Petitioner (Signature) |