JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 11-6290-VBF (OPx)**                    Dated: **October 11, 2011**

Title:   René Avila -*v*- Northstar Location Services, LLC

─────────────────────────────────────────────────────────────

PRESENT:  HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

Joseph Remigio                          None Present
Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

**PROCEEDINGS (IN CHAMBERS):**      **COURT ORDER RE NOTICE OF DISMISSAL
WITH PREJUDICE [Docket No. 13]**


The Court has received Plaintiff's Notice of Dismissal With Prejudice
(docket No. 13).  No order of the Court is necessary to effectuate this
voluntary dismissal.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,
all future dates are taken off calendar and this case is **CLOSED.**


MINUTES FORM 90                    Initials of Deputy Clerk    ___jre___
CIVIL - GEN